**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Larry Joseph McKithern
Louisiana State Prison DOC No. 120352
Camp D Falcon 3
Angola LA 70712

**REHEARING ACTION: July 10, 2013**

**Docket Number: 13   00025-KH**

**STATE OF LOUISIANA**
**VERSUS**
**LARRY JOSEPH MCKITHERN**

**Writ Application from Calcasieu Parish Case No. 25391-09**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. John D. Saunders**
    **Hon. Marc T. Amy**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Larry Joseph McKithern** has this day been

    **DENIED.**

cc: John Foster DeRosier, Counsel for the Respondent